**Order entered October 6, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-20-00610-CV

**OLD VICKERY SQUARE TOWNHOMES HOMEOWNERS ASSOCIATION AND JAMES HARRINGTON, JR., Appellants**

**V.**

**AMANDA YLITALO, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17312**

### ORDER

Before the Court is the October 2, 2020 agreed second motion signed by all parties for an extension of time for appellants to file their respective briefs on the merits. The parties inform the Court that they are in the process of finalizing settlement documents. We **GRANT** the motion and extend the time to **November 4, 2020** for appellants to file either a motion to dismiss the appeal or their respective briefs on the merits. We caution appellants that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE